**No. 09-10001. Derrick D. Blackmon, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2417, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3741.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 584 F.3d 1115.

**No. 09-10002. Jesse Boyd, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2417, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3777.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10005. Terrence Smith, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2417, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3782.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 344 Fed. Appx. 856.

**No. 09-10006. Corey Evans, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2418, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3834.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 582 F.3d 787.

**No. 09-10007. Nyron Joel Nichols, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2418, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3686.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 410.

**No. 09-10011. Theresa Hall, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2418, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3850.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 898.

**No. 09-10014. Marcus Jermaine Pinkney, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2418, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3860.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 351 Fed. Appx. 448.

**No. 09-10022. Joshua A. McKnight, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2418, 176 L. Ed. 2d 940, 2010 U.S. LEXIS 3807.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 860.